# EXHIBIT B



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

EXHIBIT B



Fig. 7

EXHIBIT B



Fig. 8

EXHIBIT B



Fig. 9

EXHIBIT B



Fig. 10



Fig. 11

EXHIBIT B



Fig. 12



Fig. 13



Fig. 14



Fig. 15



Fig. 16

EXHIBIT B



Fig. 17



Fig. 18

EXHIBIT B



Fig. 19



Fig. 20

EXHIBIT B



Fig. 21

EXHIBIT B



Fig. 22

EXHIBIT B



Fig. 23



Fig. 24



Fig. 25

EXHIBIT B



Fig. 26

EXHIBIT B



Fig. 27



Fig. 28

EXHIBIT B



Fig. 29



Fig. 30