# EXHIBIT D



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5

EXHIBIT D



Fig. 6

EXHIBIT D



Fig. 7



Fig. 8



Fig. 9



Fig. 10



Fig. 11



Fig. 12



Fig. 13



Fig. 14

EXHIBIT D



Fig. 15



Fig. 16



Fig. 17



Fig. 18

EXHIBIT D



Fig. 19

EXHIBIT D



Fig. 20

EXHIBIT D



Fig. 21



Fig. 22

EXHIBIT D



Fig. 23



Fig. 24

EXHIBIT D



Fig. 25

EXHIBIT D



Fig. 26



Fig. 27



Fig. 28



Fig. 29



Fig. 30